

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

January 25, 2024

**BY ECF and Email**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Aminov et al.*, 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

    The parties respectfully submit this letter to provide a status update on this case in advance of the conference scheduled for January 31, 2024. Since the unsealing of the S1 and S2 Superseding Indictments on October 20, 2023, the Government has produced several rounds of discovery, and expects to continue to make rolling productions as new material becomes available.

    The parties jointly request that the Court adjourn the upcoming January 31st conference. The Government believes a 30-day adjournment is appropriate. Defense counsel believe a 60-day continuance is needed to better facilitate the continued review of rolling discovery productions and ongoing plea discussions. The parties will be prepared to discuss a trial date at the next conference. Should the Court wish to set one sooner, the Government requests a trial date in the fall of 2024. Defense counsel jointly request a trial date in early 2025. The Government anticipates that trial would last approximately two weeks.

    Defense counsel also jointly request that the Court adjourn the February 29, 2024 motions deadline such that motions will be due one month after the date of the Court's expected rescheduling of the upcoming pretrial conference. The Government takes no position on this request.

  The Government also respectfully requests, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), that the Court exclude time until the date of the next-scheduled conference. The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to continue to review discovery and engage in plea discussions.  Defense counsel have all consented to this request.

        Very truly yours,

        DAMIAN WILLIAMS
        United States Attorney


by: _____
        Jackie Delligatti
        Jeffrey W. Coyle
        Assistant United States Attorneys
        (212) 637-2559/2437