```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JONATHAN GAVRIELOF et al.,

Defendants.

1:23-cr-110-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Jonathan Gavrielof, previously scheduled for June 26, 2024 at 2:30 PM, is hereby ADJOURNED to July 31, 2024 at 2:00 PM.

**SO ORDERED.**

**Date:** May 31, 2024
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**