USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA, JUAN HERNANDEZ, a/k/a "Pop," and ALBERT YAGUDAYEV, a/k/a "Jeff,"

Defendants.

1:23-cr-110-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The sentencing of Defendant Gavrielof currently scheduled for August 28, 2024 is hereby rescheduled to **August 27, 2024 at 10:30 AM**. SO ORDERED.

**SO ORDERED.**

**Date: August 8, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**