USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA, JUAN HERNANDEZ, a/k/a "Pop," and ALBERT YAGUDAYEV, a/k/a "Jeff,"

Defendants.

1:23-cr-110-MKV

ADJOURNMENT ORDER

MARY KAY VYSKOCIL, United States District Judge:

The sentencing of Defendant Gavrielof currently scheduled for August 27, 2024 is hereby adjourned to **October 2, 2024 at 2:00 PM**.

**SO ORDERED.**

Date:   August 12, 2024
        New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**