

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

**LETTER MOTION REQUESTING
A 90-DAY CONTINUANCE TO VOLUNTARILY SURRENDER**

January 16, 2025

VyskocilNYSDChambers@nysd.uscourts.gov
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

Re: United States of America vs. Jonathan Gaverilof
Docket Number: 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

On October 29, 2029 the defendant, Jonathan Gavrielof was sentenced to imprisonment for a term of 57 months followed by three years of supervised release and was further Ordered to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2pm on January 27, 2025. (*See* Dkt. No. 355).

I am hereby respectfully submitting defendant's application seeking a 90-day continuance to voluntarily surrender to the Bureau of Prisons ("BOP") In order for him to undergo gallbladder surgery prior to commencing serving his sentence. A redacted copy of his medical report is being filed herein.

On January 14, 2025, and January 15, 2025, I contacted AUSA Jackie Delligati, AUSA Jeffery Coyle and Officer Berglind from U.S. Pretrial Services in order to obtain their position.  Unfortunately, as luck would have it, I received an automated message from the persecutors providing that they are on trial and will be delayed in responding to messages as set forth:

AUSA Jeffery Coyle: *I am currently on trial before the Honorable Jesse M. Furman.  My responses may be delayed.  Thank you.*

AUSA Jackie Delligati: I *am on trial and will be delayed in responding to messages.*

On January 15, 2025, Officer Berglind from U.S. Pretrial Services did in fact respond as set forth:

*Good morning,*
*Pretrial does not have any involvement during supervision when it comes to: (1) Designation, and (2) Surrender date. We follow the court's directive when comes to a surrender date and we later confirm someone surrenders as directed. For that reason, I don't think it is necessary for us to give a position. If the date is extended, we will continue monitoring Jonathan as we have been. He has continued to remain compliant during supervision.*
*Andrew Berglind*

T: 516-877-9111 - F: 516-877-9112 - 100 Garden City Plaza, Suite 520, Garden City, NY 11530

Re:     United States of America vs. Jonathan Gaverilof
Docket Number: 23 Cr. 110 (MKV)
Page 2 of 2

    Due to the time sensitivity of this matter, Jonathan Gavrielof, through the undersigned counsel, respectfully request that this Court grant a 90-day continuance of this self-surrender date or until a date convenient to the Court.

    The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/ *Matin Emouna*

MATIN EMOUNA

---

**Defendant's request for a 90-day continuance to voluntarily surrender to the Bureau of Prisons is GRANTED. Defendant shall voluntarily surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on April 28, 2025.**

**The Clerk of the Court is respectfully requested to terminate the motion pending at ECF 415.**

**SO ORDERED.**

Date: 1/22/2025
New York, New York

Mary Kay Vyskocil
United States District Judge

---

T: 516-877-9111 - F: 516-877-9112 - 100 Garden City Plaza, Suite 520, Garden City, NY 11530

## Gastroenterology and Nutrition, PC
### Davidoff, Samuel, MD
MD

| | 108-16 72nd Avenue 2nd Floor | 108-16 72nd Avenue 2nd Floor |
|---|---|---|
| | FOREST HILLS NY 11375 | Forest Hills NY 11375 |
| Tel: | Tel:718-261-0900 | Tel:718-261-0900 |
| Fax: | Fax:718-261-0944 | Fax:718-261-0944 |

**Name:** GAVRIELOF, JONATHAN **Gender:** Male
**DOB:** ▮▮▮▮▮ **Age:** 30y
**Addr.:** ▮▮▮▮▮
**Tel:** 718-825-9509
**DOS:** 01/13/2025

I had the pleasure of seeing your patient GAVRIELOF, JONATHAN today in consultation.

**Chief Complaint:**
 **Reason for Visit:**
  ABDOMINAL PAIN

**History of Present Illness:**
▮▮▮▮▮

**Past Medical History:**
▮▮▮▮▮

**Surgical History:**
▮▮▮▮▮

**Active Medication List:**
▮▮▮▮▮

**Social History:**
▮▮▮▮▮

**Allergy:**
 **Medication**
  Penicillin **Status:**Active
 **Food**
  No known Food Allergy
 **Environmental**
  No known Environmental Allergy

**Family History:**
▮▮▮▮▮

(**1**) No family h/o GI-related malignancy

**Review of Systems:**



**Physical Exam Detail:**

**Assessment/Plan:**
ABDOMINAL PAIN R/O GS DISEASE/ ACUTE CHOLI

REF TO GENERAL SURGERY FOR LAP CHOLI

SCHEDULE FOR EGD
Persistent symptoms that would warrant further investigation with an EGD to rule out upper GI tract pathology.
Benefits and alternatives of this procedure including but not limited to upper GI series as well as risks including but not limited to bleeding, perforation, and infection were discussed with

GAVRIILOF, JONATHAN ( ███████ ) te of Service 01/13/2025 Printed on 01/13/2025      Printed on: 01/13/2025

the patient.
standard anesthesia and post procedure instruction including(NPO for 6 hrs, and to be discharge with some able adult)
Patient advised for a follow up in one to two weeks following procedure to discuss findings and / or pathology results.

Thank you for allowing me to participate in the care of your patient. Please do not hesitate to reach me if you have any questions or concerns.

Sincerely,

Yuriy Israel, MD

Attending Provider: Israel, Yuriy, MD, Covering Provider: Davidoff, Samuel, MD
This document is not electronically signed by Davidoff, Samuel, MD
Printed on 2025/01/13



**NYU Langone Radiology**
NYU Langone Radiology-Queens Medical Imaging
69-15 Austin Street
Forest Hills, NY 11375
718-544-5100

Samuel Davidoff, MD
108-16 72nd Ave
SECOND FLOOR
FOREST HILLS NY 11375

Pt Name: Gavrielof, Jonathan
DOB:
MRN:
Referring: Samuel Davidoff
CC Recipient(s):
Pt Phone: 7

| Procedure(s) | Accession Number(s) | Date of Service |
|---|---|---|
| US ABDOMEN COMPLETE WITHOUT DOPPLER | | 1/8/25 |

IMPRESSION:

1. Cholelithiasis without evidence of cholecystitis.
-No biliary ductal dilation.

2. Hepatic steatosis.

FINDINGS:

US ABDOMEN COMPLETE WITHOUT DOPPLER

CLINICAL INDICATION: Gallstone

TECHNIQUE: Ultrasound of the abdomen was performed.

COMPARISON: None

FINDINGS:
0
02
03
04
05
thi

Gavrielof, Jonathan    MRN: 9604376    Date of Service: 1/8/25    Page: 1 of 2