

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

**REQUEST TO RETURN OF PASSPORT**

April 29, 2025

VyskocilNYSDChambers@nysd.uscourts.gov
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   United States of America vs. Jonathan Gaverilof
Docket Number: 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

As you are aware this firm represents the defendant, Jonathan Gavrielof, in the aforementioned matter.

On October 29, 2029 the defendant, Mr. Gavrielof was sentenced to imprisonment for a term of 57 months followed by three years of supervised release and was further Ordered to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on January 27, 2025. (*See* Dkt. No. 355). Thereafter on January, 22, 2025, as per Mr. Gavrielof.'s request, a 90-day continuance to voluntarily surrender to the Bureau of Prisons was Granted and he was Ordered to voluntarily surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on April 28, 2025. (*See* Dkt. 424).

Please be advised that Mr. Gavrielof has indeed surrendered to the Bureau of Prisons and is currently incarcerated at FCI-Otisville, Register Number 10595-506.

Kindly accept this request to return Mr. Gavrileof's passport to his wife, Michele Kahimova. Prior to making this application, I contacted Officer Andrew Berglind from U.S. Pretrial Services, who does not oppose this request.

Finally, please allow me to take this opportunity to thank Your Honor and your entire staff for all the courtesies extended to my client and I during the pendency of this matter.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/ *Matin Emouna*
MATIN EMOUNA

**Defendant's request to have his passport returned to his wife is DENIED without prejudice to renewal when Defendant is released. The Clerk of Court is respectfully requested to terminate ECF No. 483.**

**SO ORDERED.**

Date: 5/5/2025
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

cc:   Andrew_Berglind@nyept.uscourts.gov

T: 516-877-9111 - F: 516-877-9112 - 100 Garden City Plaza, Suite 520, Garden City, NY 11530