UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN GAVRIELOF,

Defendant.

---

23-CR-110-11 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 9, 2026, Defendant Jonathan Gavrielof filed a motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 626. The Government shall file any opposition to the motion by **September 23, 2026**. Defendant's reply, if any, shall be filed by **September 30, 2026**.

SO ORDERED.

Dated: September 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge